# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-3012-SKC-KAS

MARILYN INNERFELD,

    Plaintiff,

vs.

BARON INVESTMENTS, LLC,
d/b/a Baron Education

    Defendant

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS

Plaintiff Marilyn Innerfeld, by counsel and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby moves to dismiss with prejudice all claims made herein by Plaintiff as follows:

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.Colo.L.Civ.R 7.1(a), undersigned counsel has conferred with counsel for Defendant. Defendant does not oppose this Motion.

1.    On December 23, 2024, the parties filed a Joint Notice of Settlement In Principle of All Claims indicating that they had reached a settlement in principle of this civil action and would be filing dismissal papers within twenty-one (21) days of the filing.

2. That same day, the Court issued an Order requiring the filing of dismissal papers by January 13, 2025.

3. The parties have finalized their settlement and, pursuant to the Court's Order, Plaintiff moves the Court on these grounds to dismiss the matter in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 30th day of December, 2024.

BAIRD QUINN LLC

/S/ Beth Doherty Quinn
Beth Doherty Quinn
J. Mark Baird
2036 East 17th Avenue, Suite
Denver, Colorado 80206
Telephone: 303.813.4500
Email:  bdq@bairdquinn.com
            jmb@bairdquinn.com
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of December, 2024, a true and correct copy of **UNOPPOSED MOTION TO DISMISS WITH PREJUDICE,** was filed with the Court and served electronically via the CM/ECF system, addressed to the following:

Matthew J. Hegarty
HALL & EVANS, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
hegartym@hallevans.com

*Attorneys for Defendant*

/s/ Diane Burns
OF Baid Quinn LLC